## (May 19, 1969)

■ ANTHONY E. ALBANESE et al., Appellants-Respondents, v. TOWN OF HARRISON et al., Respondents-Appellants.— Judgment of the Supreme Court, Westchester County, dated April 10, 1968, affirmed, without costs, on the opinion at Special Term by Mr. Justice DILLON. Christ, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ LUELLA BREAZEAL, Appellant, v. RENT-A-CAR CLUB OF AMERICA, Defendant, and MARION HARRIS, Respondent.— In a negligence action to recover damages for personal injury, plaintiff appeals from an order of the Supreme Court, Kings County, dated July 20, 1968, which denied her motion to restore the action to the Ready Day Calendar. Order reversed, on the law and the facts and in the exercise of discretion, without costs, and motion granted, upon condition that plaintiff's attorneys shall personally pay respondent $250; otherwise, order affirmed, with $50 costs and disbursements. Said $250 shall be paid within 10 days after entry of the order hereon. As we recently stated in *Barrada* v. *Target Constr. Corp.* (31 A D 2d 810), we would not ordinarily disturb the exercise of discretion in such a case. This caveat is particularly true under the facts of this case where a jury had been already selected. The excuse proffered by plaintiff's trial lawyer for not proceeding to trial was not satisfactory (cf. *Gnoj* v. *City of New York,* 29 A D 2d 404). Nevertheless, under the special circumstances here presented, the onerous consequences visited upon a seriously injured plaintiff passenger outweigh the damage and prejudice inflicted upon respondent and upon the control of the calendar in the trial parts. The tactics of the plaintiff's attorney, however, warrant the imposition of personal costs as a precondition to the restoration of this case to the calendar. Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

■ JOSEPH CALVARUSO, an Infant, by GLORIA CALVARUSO, His Natural Guardian, et al., Respondents, v. OUR LADY OF PEACE ROMAN CATHOLIC CHURCH et al., Defendants. (Action No. 1.) JOSEPH CALVARUSO, an Infant, by GLORIA CALVARUSO, His Natural Guardian, et al., Respondents, v. ST. CHARLES HOSPITAL, Appellant, et al., Defendant. (Action No. 2.) — Appeal from an order of the Supreme Court, Kings County, dated October 4, 1968, which granted plaintiffs' motion to consolidate the two actions and for other incidental relief. Order affirmed, with $20 costs and disbursements. In our opinion, the advantages resulting from the consolidation outweigh the arguments against consolidation (cf. *Weiss* v. *City of New York,* 27 A D 2d 709). Under the circumstances disclosed, the liability, if any, and extent of damage caused by each of the defendants, should be resolved by the same trier of the facts. Beldock, P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.